# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LEVONZEL ANDERSON**                                                       **PLAINTIFF**

**V.**                            **NO. 4:16-CV-101-DMB-JMV**

**NORRIS MORRIS, et al.**                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation entered this day, this action is **DISMISSED**.

**SO ORDERED**, this 29th day of September, 2017.

                                               **/s/Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**